


ROBERT J. SUROVELL
DOROTHY M. ISAACS*
DAVID M. LEVY
SCOTT A. SUROVELL*
J. CHAPMAN PETERSEN*+
CORY FREDERICK GORIUP*
JENNIFER B. BAUMGARTNER
CAMILLE ALLAN CRANDALL
JASON E. BRAUN
NATHAN D. ROZSA
JASON F. ZELLMAN
MICHELE L. JOSEPH
KRISTI CAHOON KELLY*
ERIN E. WITTE
ANDREW R. TANK
ANDREW J. GUZZO
MARGARET B. CRAIG

OF COUNSEL
DAVID J. FUDALA*
G. DONALD MARKLE*

* ALSO ADMITTED IN DC
+ ALSO ADMITTED IN MD

WRITER'S DIRECT DIAL: 703.277.9706
WRITER'S EMAIL: OMACIAS@SIPLFIRM.COM

August 14, 2012

**by hand delivery**

Attn: Clerk of Court
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

re: *Alejandro Abraham Lopez, Jr. v. Trans Union, LLC, et al.*

Dear Clerk:

Enclosed please find:

1. Original Complaint with sixteen (16) copies;
2. Original Civil Coversheet with one copy;
3. Original Summons and two copies of each; and
4. A check in the amount of $350.00.

It would be appreciated if the completed Summons for the Defendants, signed and sealed, be returned in the enclosed self-addressed stamped envelope. We plan to serve the Defendants through **The Marston Agency**.

Thank you for your attention in this matter. Should you have any questions or need additional information, please do not hesitate to contact me.

Very Truly Yours,

Olga J Macias
Legal Assistant to Kristi Cahoon Kelly, Esq.

Enclosures

4010 University Drive, Second Floor | Fairfax, Virginia 22030 | P: 703-251-5400 | F: 703-591-9285 | www.siplfirm.com

Case 1:12-cv-00902-LO-JFA   Document 1-2   Filed 08/14/12   Page 2 of 2 PageID# 22

SUROVELL ISAACS PETERSEN & LEVY PLC
Fernando Galindo, Clerk of Court
August 14, 2012
Page 2

cc:   Kristi C. Kelly, Esq.
      Leonard A. Bennett, Esq.
      Susan Rotkis, Esq.