```
Court Name: United States District Court
Division: 1
Receipt Number: 14683030544
Cashier ID: rbroaden
Transaction Date: 08/14/2012
Payer Name: SUROVELL
```

CIVIL FILING FEE
 For: SUROVELL
 Amount:        $350.00

CHECK
 Remitter: SUROVELL
 Check/Money Order Num: 24098
 Amt Tendered: $350.00

Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:        $0.00

FILING FEE
112CV902