IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| ALEJANDRO ABRAHAM. LOPEZ, JR., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:12cv902 |
| | ) | |
| TRANS UNION, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **NOTICE OF APPEARANCE**

Andrew J. Guzzo, Esq. of Surovell Isaacs Petersen & Levy, P.L.C. 4010 University

Drive, Second Floor, Fairfax, VA 22030 hereby notes his appearance as counsel in this

case on behalf of the Plaintiff.

Please copy him with all matters in this case.

ALEJANDRO ABRAHAM. LOPEZ, JR.,

_____/s/_____
Andrew J. Guzzo, VSB # 82170
Surovell Isaacs Petersen & Levy PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: 703-251-5400
Facsimile: 703-591-9285
Email: aguzzo@siplfirm.com
*Counsel for Plaintiff*

DATED:  August 20, 2012

1