IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Alejandro Abraham Lopez, Jr.,

    Plaintiff,

    v.

Trans Union, LLC, et al.,

    Defendants.

Civil Action No. 1:12cv902

## DEFENDANT KROLL FACTUAL DATA, INC.'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Kroll Factual Data, Inc. certifies that it is wholly owned by Kroll, Inc., which is wholly owned by, Altegrity, Inc. Altegrity, Inc. is wholly owned by Altegrity Acquisition Corp., which is in turn wholly owned by Altegrity Holding Corp. No publicly held corporation owns more than a 10% interest in Kroll Factual Data, Inc. There are no other parents, trusts, subsidiaries and/or affiliates of Kroll Factual Data, Inc. that have issued shares or debt securities to the public.

- 2 -

Dated: September 19, 2012  By: _____/s/_____
Rebecca Signer Roche, Bar No. 73417
rroche@littler.com
LITTLER MENDELSON, P.C.
1650 Tysons Blvd.
Suite 700
McLean, VA  22102
Telephone:   703.442.8425
Facsimile:   703.442.8428
*Counsel for Defendant*
*Kroll Factual Data*

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 19th day of September, 2012, I caused a true copy of the foregoing to be served electronically using electronic filing:

>Leonard A. Bennett, Esq., VSB #37523
>Susan Rotkis, Esq., VSB #40639
>Consumer Litigation Associates, P.C.
>763 J. Clyde Morris Blvd., #1-A
>Newport News, VA  23601
>757.930.3660
>Fax: 757.930.3662
>lenbennett@clalegal.com
>srotkis@clalegal.com
>
>Kristi Cahoon Kelly, VSB #72791
>Surovell Isaacs Petersen & Levy, PLC
>4010 University Dr., 2nd Floor
>Fairfax, VA  22030
>703.251.5400
>Fax: 703.591.9285
>kkelly@siplfirm.com
>
>*Attorneys for Plaintiff*
>
>Corporation Service Co.
>Bank of America Center, 16th Floor
>1111 E. Main St.
>Richmond, VA  23219
>*Registered Agent for Defendant Trans Union, LLC*
>
>David N. Anthony
>Troutman Sanders, LLP
>1001 Haxall Point
>Richmond, VA  23219
>*Registered Agent for Defendant Experian Information Solutions, Inc.*
>
>Corporation Service Company
>Bank of America Center, 16th Floor
>1111 E. Main St.
>Richmond, VA  23219
>*Registered Agent for Defendant Equifax Information Services, LLC*
>
>Marcela E. Taborga
>700 N. Fairfax St.

Alexandria, VA  22314
*Registered Agent for Defendant Southstar Mortgage, LLC*

Secretary of the Commonwealth
Service of Process Department
P. O. Box 2452
Richmond, VA  23218-2452
*For Defendant Corelogic Credco*

David L. Hilton
8303 Arlington Blvd., #102
Fairfax, VA  22031
*Registered Agent for Defendant Gateway Funding Diversified Mortgage Services, LP*

Secretary of the Commonwealth
Service of Process Department
P. O. Box 2452
Richmond, VA  23218-2452
*For Defendants:*
   *Metlife Home Loans*
   *Total Credit Services*
   *Discover Financial Services, Inc.*
   *FIA Card Services, N.A.*
   *Federal Home Loan Mortgage Corporation (Freddie Mac)*

Corporation Service Company
Bank of America Ctr., 16th Floor
1111 E. Main St.
Richmond, VA  23219
*Registered Agent for Defendant Capital One, N.A.*

CT Corporation System
4701 Cox Rd., @301
Glen Allen, VA  23060
*For Defendants:*
   *CitiBank, N.A.*
   *Bank of America, N.A.*

- 5 -

                            /s/
Rebecca S. Roche (VA Bar #73417)
Littler Mendelson, P.C.
1650 Tysons Boulevard, Suite 700
McLean, Virginia 22102
Tel.: 703.442.8425
Fax: 703.442.8428
rroche@littler.com

*Counsel for Defendant Knoll Factual Data*