IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Alejandro Abraham Lopez, Jr., <br><br> Plaintiff, <br><br> v. <br><br> Trans Union, LLC, et al., <br><br> Defendants. | Civil Action No.  1:12cv902 |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT**

With the consent of Plaintiff Alejandro Abraham Lopez, Jr. and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Kroll Factual Data, Inc., by counsel, hereby moves for an enlargement of time to respond to Plaintiff's Complaint as follows:

1. Plaintiff filed his Complaint on August 14, 2012.

2. To provide the parties an opportunity to explore the facts, the parties respectfully request that this Court permit Defendant Kroll Factual Data until October 22, 2012 to answer or otherwise plead in response to Plaintiff's Complaint.

3. No previous extensions have been given in this matter.

WHEREFORE, the parties respectfully request that the Court grant this extension of time until on or before October 22, 2012, for Defendant Kroll Factual Data to serve its answer or otherwise respond to the Complaint.

| | |
|---|---|
| Dated: September 19, 2012 | By:            /s/            <br>Rebecca Signer Roche, Bar No. 73417<br>rroche@littler.com<br>LITTLER MENDELSON, P.C.<br>1650 Tysons Blvd., Suite 700<br>McLean, VA  22102<br>Telephone:   703.442.8425<br>Facsimile:    703.442.8428<br>*Counsel for Defendant*<br>*Kroll Factual Data, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that, on the 19th day of September, 2012, I caused a true copy of the foregoing to be served electronically using electronic filing and via U.S. Mail, upon:

>Leonard A. Bennett, Esq., VSB #37523
>Susan Rotkis, Esq., VSB #40639
>Consumer Litigation Associates, P.C.
>763 J. Clyde Morris Blvd., #1-A
>Newport News, VA  23601
>757.930.3660
>Fax: 757.930.3662
>lenbennett@clalegal.com
>srotkis@clalegal.com
>
>Kristi Cahoon Kelly, VSB #72791
>Surovell Isaacs Petersen & Levy, PLC
>4010 University Dr., 2nd Floor
>Fairfax, VA  22030
>703.251.5400
>Fax: 703.591.9285
>kkelly@siplfirm.com
>
>*Attorneys for Plaintiff*
>
>Corporation Service Co.
>Bank of America Center, 16th Floor
>1111 E. Main St.
>Richmond, VA  23219
>*Registered Agent for Defendant Trans Union, LLC*
>
>David N. Anthony
>Troutman Sanders, LLP
>1001 Haxall Point
>Richmond, VA  23219
>*Registered Agent for Defendant Experian Information Solutions, Inc.*
>
>Corporation Service Company
>Bank of America Center, 16th Floor
>1111 E. Main St.
>Richmond, VA  23219
>*Registered Agent for Defendant Equifax Information Services, LLC*
>
>Marcela E. Taborga
>700 N. Fairfax St.

Alexandria, VA 22314
*Registered Agent for Defendant Southstar Mortgage, LLC*

Secretary of the Commonwealth
Service of Process Department
P. O. Box 2452
Richmond, VA 23218-2452
*For Defendant Corelogic Credco*

David L. Hilton
8303 Arlington Blvd., #102
Fairfax, VA 22031
*Registered Agent for Defendant Gateway Funding Diversified Mortgage Services, LP*

Secretary of the Commonwealth
Service of Process Department
P. O. Box 2452
Richmond, VA 23218-2452
*For Defendants:*
 *Metlife Home Loans*
 *Total Credit Services*
 *Discover Financial Services, Inc.*
 *FIA Card Services, N.A.*
 *Federal Home Loan Mortgage Corporation (Freddie Mac)*

Corporation Service Company
Bank of America Ctr., 16th Floor
1111 E. Main St.
Richmond, VA 23219
*Registered Agent for Defendant Capital One, N.A.*

CT Corporation System
4701 Cox Rd., @301
Glen Allen, VA 23060
*For Defendants:*
 *CitiBank, N.A.*
 *Bank of America, N.A.*

5

                /s/
Rebecca S. Roche (VA Bar #73417)
Littler Mendelson, P.C.
1650 Tysons Boulevard, Suite 700
McLean, Virginia 22102
Tel.: 703.442.8425
Fax: 703.442.8428
rroche@littler.com

*Counsel for Defendant Knoll Factual Data, Inc.*