IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Alejandro Abraham Lopez, Jr., <br><br> Plaintiff, <br><br> v. <br><br> Trans Union, LLC, et al., <br><br> Defendants. | Civil Action No. 1:12cv902 |

## ORDER

Upon consideration of Defendant Kroll Factual Data's Consent Motion for Enlargement of Time to Respond to Plaintiff's Complaint, it is hereby

ORDERED that Defendant Kroll Factual Data's Consent Motion is GRANTED; and

ORDERED that Defendant Kroll Factual Data shall file its answer or otherwise respond to Plaintiff's Complaint on or before October 22, 2012; and

ORDERED that a copy of this Order shall be provided to counsel of record via the Court's CM/ECF document filing system.


Dated: _____         _____
                                Judge O'Grady
                                United States District Court for the
                                Eastern District of Virginia