IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| ALEJANDRO ABRAHAM LOPEZ, JR. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRANS UNION, LLC, et al. )<br>)<br>Defendants. )<br>) | Case No. 1:12-cv-902 (LOG/JFA) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Rebecca S. Roche of the law firm of Littler Mendelson, P.C., hereby notices her appearance as counsel for Defendant Kroll Factual Data, Inc. Ms. Roche is a member of the Bar of the Commonwealth of Virginia, and has been admitted to practice before this Court.

Dated: September 19, 2012

Respectfully submitted,

LITTLER MENDELSON, P.C.

By:
_____/s/_____
Rebecca S. Roche (Va. Bar No. 73417)
Counsel for Kroll Factual Data, Inc.
Littler Mendelson, P.C.
1650 Tysons Boulevard, Suite 700
McLean, Virginia 22102
Tel.: 703.442.8425
Fax: 703.442.8428
rroche@littler.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of September 2012, I electronically filed the foregoing *Notice of Appearance* with the Clerk of the Court using the CM/ECF system, which will send electronic notice of same to the following:

>Leonard A. Bennett, Esq., VSB #37523
>Susan Rotkis, Esq., VSB #40639
>Consumer Litigation Associates, P.C.
>763 J. Clyde Morris Blvd., #1-A
>Newport News, VA  23601
>757.930.3660
>Fax: 757.930.3662
>lenbennett@clalegal.com
>srotkis@clalegal.com
>
>Kristi Cahoon Kelly, VSB #72791
>Surovell Isaacs Petersen & Levy, PLC
>4010 University Dr., 2nd Floor
>Fairfax, VA  22030
>703.251.5400
>Fax: 703.591.9285
>kkelly@siplfirm.com
>
>*Attorneys for Plaintiff*
>
>Corporation Service Co.
>Bank of America Center, 16th Floor
>1111 E. Main St.
>Richmond, VA  23219
>*Registered Agent for Defendant Trans Union, LLC*
>
>David N. Anthony
>Troutman Sanders, LLP
>1001 Haxall Point
>Richmond, VA  23219
>*Registered Agent for Defendant Experian Information Solutions, Inc.*
>
>Corporation Service Company
>Bank of America Center, 16th Floor
>1111 E. Main St.
>Richmond, VA  23219
>*Registered Agent for Defendant Equifax Information Services, LLC*

Marcela E. Taborga
700 N. Fairfax St.
Alexandria, VA  22314
*Registered Agent for Defendant Southstar Mortgage, LLC*

Secretary of the Commonwealth
Service of Process Department
P. O. Box 2452
Richmond, VA  23218-2452
*For Defendant Corelogic Credco*

David L. Hilton
8303 Arlington Blvd., #102
Fairfax, VA  22031
*Registered Agent for Defendant Gateway Funding Diversified Mortgage Services, LP*

Secretary of the Commonwealth
Service of Process Department
P. O. Box 2452
Richmond, VA  23218-2452
*For Defendants:*
*Metlife Home Loans*
*Total Credit Services*
*Discover Financial Services, Inc.*
*FIA Card Services, N.A.*
*Federal Home Loan Mortgage Corporation (Freddie Mac)*

Corporation Service Company
Bank of America Ctr., 16th Floor
1111 E. Main St.
Richmond, VA  23219
*Registered Agent for Defendant Capital One, N.A.*

CT Corporation System
4701 Cox Rd., @301
Glen Allen, VA  23060
*For Defendants:*
*CitiBank, N.A.*
*Bank of America, N.A.*

/s/ Rebecca Signer Roche
Rebecca Signer Roche