UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ALEJANDRO ABRAHAM LOPEZ, JR.,

    Plaintiff,

v.                                              Civil Action No. 1:12cv902

EXPERIAN INFORMATION
SOLUTIONS, INC., *et al.*,

    Defendants.

## AGREED ORDER

CAME NOW Defendant, Experian Information Solutions, Inc. ("Experian"), by counsel, upon its Motion for an Extension of Time for Defendant, Experian Information Solutions, Inc., to file responsive pleadings to the Complaint filed by Plaintiff, Alejandro Abraham Lopez, Jr.

UPON CONSIDERATION WHEREOF, ~~for good cause shown~~ and by agreement of counsel for Alejandro Abraham Lopez, Jr. and Experian, it is hereby,

ORDERED, ADJUDGED and DECREED that Experian's Motion for an Extension of Time be, and hereby is, GRANTED IN PART, and it is further,

ORDERED, ADJUDGED and DECREED that Experian shall be GRANTED an extension of time (of three weeks) until on or before October 9, 2012, to file its responsive pleadings, including its Answer, to the Complaint filed by Alejandro Abraham Lopez, Jr.

The Clerk is directed to send a copy of this Order to counsel of record.

ENTERED this 20th day of September, 2012.

                                                              /s/         JFA
                                                   John F. Anderson
                                        United States Magistrate Judge