IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Alejandro Abraham Lopez, Jr.,

        Plaintiff,

      v.

Trans Union, LLC, et al.,

        Defendants.

Civil Action No.  1:12cv902

## ORDER

Upon consideration of Defendant Kroll Factual Data's Consent Motion for

Enlargement of Time to Respond to Plaintiff's Complaint, it is hereby

    ORDERED that Defendant Kroll Factual Data's Consent Motion is GRANTED **IN PART (THREE WEEKS)**
and

ORDERED that Defendant Kroll Factual Data shall file its answer or otherwise

respond to Plaintiff's Complaint on or before October **12**, 2012; and

ORDERED that a copy of this Order shall be provided to counsel of record via

the Court's CM/ECF document filing system.

Dated: **SEPT. 20, 2012**

                         /s/                    JFA
                         John F. Anderson
                    United States Magistrate Judge