**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| **ALEJANDRO ABRAHAM LOPEZ, JR.** ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | **Case No. 1:12-cv-902** |
| ) | |
| **TRANS UNION, LCC,** *et al.* ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable the Judges

and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel

for Defendant Discover Financial Services, Inc. is not a subsidiary or affiliate of any publicly-

owned corporation, has no parent company, and no publicly-held company owns more than 10

percent of its shares.


DISCOVER FINANCIAL SERVICES, INC.


_____/s/_____
D. Margeaux Thomas
Virginia State Bar No. 75582
Attorney for Discover Financial Services, Inc.
Miles & Stockbridge P.C.
1751 Pinnacle Drive, Suite 500
McLean, VA 22102
Telephone: (703) 903-9000
Facsimile: (703) 610-8686
Email: mthomas@milesstockbridge.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Kristi C. Kelly, Esq., VSB #72791
Andrew J. Guzzo, Esq., VSB #82170
SUROVELL, ISAACS, PETERSEN & LEVY PLC
4010 University Drive, Suite 200
Fairfax, VA  22030
Telephone:  703-251-5400
Facsimile:  703-591-9285
kkelly@siplfirm.com
aguzzo@siplfirm.com

Leonard A. Bennett, VSB #37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite I-A
Newport News, VA 23601
Telephone:  757-930-3660
Facsimile:  757-930-3662
Email:  lenbennett@clalegal.com
Email:  srotkis@clalegal.com

Michael Robert Ward
Morris & Morris PC
11 South 12th Street
5th Floor
PO Box 30
Richmond, VA 23218
Telephone: (804) 344-8300
Fax: 804-344-8359
Email: mward@morrismorris.com

David Neal Anthony
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
804-697-5410
Fax: 804-698-5118
Email: david.anthony@troutmansanders.com

John Willard Montgomery, Jr.
Montgomery & Simpson, LLLP
2116 Dabney Rd
Suite A-1
Richmond, VA 23230
Telephone: (804) 355-8744
Fax: 804-355-8748
Email: jmontgomery@jwm-law.com


Daniel Duane Mauler
Redmon Peyton & Braswell LLP
510 King St
Suite 301
Alexandria, VA 22314
Telephone: 703-684-2000
Fax: 703-684-5109
Email: dmauler@rpb-law.com


Jeffery Thomas Martin, Jr.
Henry & O'Donnell PC
300 N. Washington Street
Suite 204
Alexandria, VA 22314
Telephone: (703) 548-2100
Fax: (703) 548-2105
Email: jtm@henrylaw.com


Rebecca Signer Roche
Littler Mendelson PC (Tysons Blvd)
1650 Tysons Blvd
Suite 700
McLean, VA 22102
Telephone: 703-286-3142
Fax: 703-442-8428
Email: rroche@littler.com


Anand Vijay Ramana
McGuireWoods LLP (DC)
2001 K Street NW
Suite 400
Washington, DC 20006-1040
202-857-1734
Fax: 202-828-2973
Email: aramana@mcguirewoods.com

And I hereby certify that I will mail the document by U.S. mail to the following non-filing users:

None.

/s/

D. Margeaux Thomas
Virginia State Bar No. 75582
Attorneys for Discover Financial Services, Inc.
Miles & Stockbridge P.C.
1751 Pinnacle Drive, Suite 500
McLean, VA 22102
Telephone: (703) 903-9000
Facsimile: (703) 610-8686
Email: mthomas@milesstockbridge.com