UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ALEJANDRO ABRAHAM LOPEZ, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:12-cv-00902 (LOG/JFA) |
| ) | |
| TRANS UNION, LLC, et. al., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ~~AGREED~~ ORDER

Upon the Motion of Federal Home Loan Mortgage Corporation ("Freddie Mac"), by counsel, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule 7(J) of the Local Rules of this Court, having obtained Plaintiff's consent for the requested relief, and it otherwise appearing right and proper so to do, the Court hereby GRANTS Freddie Mac's Motion for Enlargement of Time and ORDERS that Freddie Mac shall have ~~by and through~~ *FOR THREE WEEKS* ~~November 9~~, 2012, to file its response to the Complaint.

Entered this 22nd day of October, 2012.

/s/ *JFA*
_____
John F. Anderson
United States Magistrate Judge