UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ALEJANDRO ABRAHAM LOPEZ, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:12-cv-00902 (LOG/JFA) |
| ) | |
| TRANS UNION, LLC, et. al., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule of Civil Procedure 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Federal Home Loan Mortgage Corporation in the above captioned action, certifies that it is a publicly held corporation chartered by the United States Congress. Federal Home Loan Mortgage Corporation has no parent corporation and no publicly held corporation owns 10% or more of Federal Home Loan Mortgage Corporation's stock.

                                                  FEDERAL HOME LOAN MORTGAGE
                                                  CORPORATION

                                                  By Counsel

US_ACTIVE-110963480.3-MESHAFFE

/s/ Stephen T. Fowler
Stephen T. Fowler (VSB No. 44071)
Mark E. Shaffer (VSB No. 75407)
Reed Smith LLP
3110 Fairview Park Drive, Suite 1400
Falls Church, VA 22042
Telephone: (703) 641-4200
Facsimile: (703) 641-4340
sfowler@reedsmith.com
mshaffer@reedsmith.com

*Counsel for Defendant, Federal Home Loan Mortgage Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of November, 2012, a true and correct copy of the foregoing was filed through CM/ECF:

Leonard Anthony Bennett
Consumer Litigation Associates
763 J Clyde Morris Boulevard
Suite 1A
Newport News, Virginia 23601
(757) 930-3660
(757) 930-3662 (Fax)
lenbennett@cox.net
*Counsel for Plaintiff, Alejandro Abraham Mr. Lopez, Jr.*

Andrew Joseph Guzzo, Esq.
Kristi Cahoon Kelly, Esq.
Surovell Isaacs Peterson & Levy PLC
4010 University Drive
Second Floor
Fairfax, Virginia 22030
(703) 251-5400
(703) 541-9205 (Fax)
aguzzo@siplfirm.com
kkelly@siplfirm.com
*Counsel for Plaintiff, Alejandro Abraham Mr. Lopez, Jr.*

Michael Robert Ward, Esq.
Morris & Morris PC
11 South 12th Street
5th Floor
P.O. Box 30
Richmond, Virginia 23218
(804) 344-8300
(804) 344-8359 (Fax)
mward@morrismorris.com
*Counsel for Defendant, TransUnion, LLC*

David Neal Anthony, Esq.
Troutman Sanders LLP
Troutman Sanders Building
1001 Haxall Point
P.O. Box 1122
Richmond, Virginia 23219
(804) 697-5410
(804) 698-5118 (Fax)
david.anthony@troutmansanders.com
*Counsel for Defendant, Experian Information Solutions, Inc.*

John Willard Montgomery, Jr.
Montgomery & Simpson LLLP
2116 Dabney Road
Suite A-1
Richmond, Virginia 23230
(804) 355-8744
(804) 355-8748 (Fax)
jmontgomery@jwm-law.com
*Counsel for Defendant, Equifax Information Services, LLC*

Jeffrey Thomas Martin, Jr., Esq.
Henry & O'Donnell PC
300 N. Washington Street
Suite 204
Alexandria, Virginia 22314
(703) 548-2100
(703) 548-2105
jtm@henrylaw.com
*Counsel for Defendant, Gateway Funding Diversified Mortgage Services, LP*

Anand Vijay Ramana, Esq.
McGuire Woods LLP
2100 K Street, N.W.
Suite 400
Washington, D.C. 20006-1040
(202) 857-1734
(202) 828-2973
aramana@mcguirewoods.com
*Counsel for Defendants, FIA Card Services, N.A. and Bank of America, National Association*

D. Margeaux Thomas
Miles & Stockbridge P.C.
1751 Pinnacle Drive, Suite 500
McLean, Virginia 22102
(703) 903-9000
(703) 610-8686
mthomas@milesstockbridge.com
*Counsel for Discover Products Inc. misnamed in complaint as Discover Financial Services, Inc.*

Daniel Duane Mauler, Esq.
Redmon Peyton & Braswell LLP
510 King Street
Suite 301
Alexandria, Virginia 22314
(703) 684-2000
(703) 684-5109
dmauler@rpb-law.com
*Counsel for Defendant, Corelogic Credco*

Rebecca Signer Roche, Esq.
Littler Mendelson PC
1650 Tysons Boulevard
Suite 700
McLean, Virginia 22102
(703) 286-3142
(703) 442-8428
rroche@littler.com
*Counsel for Defendant, Kroll Factual Data*

J. Douglas Cuthbertson
LECLAIR RYAN, a Professional Corporation
2318 Mill Road
Suite 1100
Alexandria, Virginia 22314
(703) 647-5925
(703) 647-5975
douglas.cuthbertson@leclairryan.com
*Counsel for MetLife Home Loans, a Division of MetLife Bank, N.A.*

- 4 -

/s/ Mark E. Shaffer
Mark E. Shaffer (VSB No. 75407)
Reed Smith LLP
3110 Fairview Park Drive, Suite 1400
Falls Church, VA 22042
Telephone: (703) 641-4253
Facsimile: (703) 641-4340
mshaffer@reedsmith.com
*Counsel for Defendant, Federal Home Loan Mortgage Corporation*