IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

ALEJANDRO ABRAHAM LOPEZ, JR.
    *Plaintiff*,

v.

TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, SOUTHSTAR MORTGAGE, LLC, CORELOGIC CREDCO, GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES, L.P., KROLL FACTUAL DATA, METLIFE HOME LOANS, a Division of Metlife Bank, N.A., TOTAL CREDIT SERVICES, DISCOVER FINANCIAL SERVICES, INC., FIA CARD SERVICES, N.A., CAPITAL ONE, NATIONAL ASSOCIATION, CITIBANK, N.A., FEDERAL HOME LOAN MORTGAGE CORPORATION, (FREDDIE MAC), BANK OF AMERICA NATIONAL ASSOCIATION,
    *Defendants*.

CIVIL ACTION NO. 1:12-cv-00902-LO-JFA

## NOTICE OF APPEARANCE

    Please note the appearance of Grant E. Kronenberg as counsel of record for Trans Union, LLC in this case.

DATED: December 18, 2012    Respectfully submitted,

/s/_____
Grant E. Kronenberg
Virginia State Bar #65647
Attorney for Defendant Trans Union LLC
Morris & Morris, P.C.
PO Box 30
Richmond, VA 23218-0030
(804) 344-8300  Telephone
(804) 344-8359  Facsimile
gkronenberg@morrismorris.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 18th day of December, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

Kristi Cahoon Kelly
kkelly@siplfirm.com
Andrew J. Guzzo
aguzzo@siplfirm.com
Surovell, Isaacs, Petersen & Levy, PLC
4010 University Dr., Second Floor
Fairfax, VA  22030
(703) 251-5400
(703) 591-9285 Fax
  And
Leonard Anthony Bennett
lenbennett@cox.net
Consumer Litigation Assoc PC
763 J Clyde Morris Blvd, Suite 1A
Newport News, VA 23601
757-930-3660
757-930-3662 (Fax)
***Counsel for Plaintiff***

David Neal Anthony
david.anthony@troutmansanders.com
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
(804) 697-5410
(804) 698-5118 Fax
***Counsel for Experian***

John Willard Montgomery , Jr.
jmontgomery@jwm-law.com
Montgomery & Simpson, LLLP
2116 Dabney Rd, Suite A-1
Richmond, VA 23230
(804) 355-8744
(804) 355-8748 (Fax)
***Counsel for Equifax***

Daniel Duane Mauler
dmauler@rpb-law.com
Redmon Peyton & Braswell LLP
510 King St., Suite 301
Alexandria, VA 22314
703-684-2000
703-684-5109 (Fax)
***Counsel for Corelogic Credco***

Jeffery Thomas Martin, Jr.
jtm@henrylaw.com
Henry & O'Donnell PC
300 N. Washington Street, Suite 204
Alexandria, VA 22314
(703) 548-2100
(703) 548-2105 (Fax)
***Counsel for Gateway Funding***

James Douglas Cuthbertson
douglas.cuthbertson@leclairryan.com
LeClairRyan PC (Alexandria)
2318 Mill Road, Suite 1100
Alexandria, VA 22314
703-647-5925
703-647-5975 (Fax)
***Counsel for Metlife Home Loans***

D. Margeaux Thomas
mthomas@milesstockbridge.com
Miles & Stockbridge PC (McLean)
1751 Pinnacle Dr, Suite 500
Tysons Corner, VA 22102-3833
703-903-9000
703-610-8686 (Fax)
***Counsel for Discover***

Anand Vijay Ramana
aramana@mcguirewoods.com

Stephen Todd Fowler
sfowler@reedsmith.com

| | |
|---|---|
| McGuireWoods LLP (DC) | Mark Edward Shaffer |
| 2001 K Street NW, Suite 400 | mshaffer@reedsmith.com |
| Washington, DC 20006-1040 | Reed Smith LLP (Falls Church) |
| 202-857-1734 | 3110 Fairview Park Dr., Suite 1400 |
| 202-828-2973 (Fax) | Falls Church, VA 22042 |
| *Counsel for FIA Card Services & Bank Of America National Association* | (703) 641-4200 |
| | (703) 641-4340 (Fax) |
| | *Counsel for Federal Home Loan Mortgage Corporation, (Freddie Mac)* |

/s/_____
Grant E. Kronenberg
Virginia State Bar #65647
Attorney for Defendant Trans Union LLC
Morris & Morris, P.C.
PO Box 30
Richmond, VA 23218-0030
(804) 344-8300  Telephone
(804) 344-8359  Facsimile
gkronenberg@morrismorris.com