IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:12-cv-00902, Case Name Lopez Jr. v. Trans Union LLC, et al.
Party Represented by Applicant: Defendant Trans Union LLC

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Paul Lee Myers
Bar Identification Number 14765100     State Texas
Firm Name Strasburger & Price LLP
Firm Phone # 469-287-3900     Direct Dial # 469-287-3903     FAX # 469-227-6567
E-Mail Address paul.myers@strasburger.com
Office Mailing Address 2801 Network Boulevard, Ste 600 Frisco, TX 75034

Name(s) of federal court(s) in which I have been admitted See Attached

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ___ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)     3/1/13
Grant E. Kronenberg     (Date)
(Typed or Printed Name)     65647
(VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

(Judge's Signature)     (Date)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

ALEJANDRO ABRAHAM LOPEZ, JR.
    *Plaintiff*,

v.

TRANS UNION, LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES, LLC,
SOUTHSTAR MORTGAGE, LLC,
CORELOGIC CREDCO, GATEWAY
FUNDING DIVERSIFIED MORTGAGE
SERVICES, L.P., KROLL FACTUAL DATA,     CIVIL ACTION NO. 1:12-cv-00902-LO-JFA
METLIFE HOME LOANS, a Division of
Metlife Bank, N.A., TOTAL CREDIT
SERVICES, DISCOVER FINANCIAL
SERVICES, INC., FIA CARD SERVICES,
N.A., CAPITAL ONE, NATIONAL
ASSOCIATION, CITIBANK, N.A., FEDERAL
HOME LOAN MORTGAGE CORPORATION,
(FREDDIE MAC), BANK OF AMERICA
NATIONAL ASSOCIATION,
    *Defendants*.

## ATTACHMENT TO APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4 FOR PAUL LEE MYERS

Name(s) of federal court(s) in which I have been admitted:

| COURT | ADMITTED |
| --- | --- |
| Supreme Court of Texas | 11/10/1988 |
| U.S. District Court - Northern District of Texas | 12/09/1988 |
| U.S. District Court – Eastern District of Texas | 07/13/1989 |
| U.S. District Court – Southern District of Texas | 11/22/1989 |
| U.S. District Court – Western District of Texas | 05/30/1991 |
| U.S. District of Colorado | 03/17/2000 |

| | |
|---|---|
| U.S. District Court – Northern District of Oklahoma | 04/12/2001 |
| U.S. District Court – Western District of Arkansas | 04/06/2000 |
| U.S. District Court – Eastern District of Arkansas | 04/06/2000 |
| U.S. District Court – Northern District of Florida | 06/12/2006 |
| U.S. Court of Appeals for the Fourth Circuit | 10/15/2007 |
| U.S. Court of Appeals for the Fifth Circuit | 06/26/2000 |
| U.S. Court of Appeals for the Ninth Circuit | 11/25/2009 |
| U.S. Court of Appeals for the Tenth Circuit | 08/16/2005 |
| United Stated Supreme Court | 09/04/2009 |

2