IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ALEJANDRO ABRAHAM LOPEZ, JR., ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:12cv902 (LO/JFA) |
| ) | |
| TRANS UNION, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

THIS DAY CAME the Plaintiff, **ALEJANDRO ABRAHAM LOPEZ, JR.**, by counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and hereby moves the Court to dismiss without prejudice all claims **only as to Defendant EXPERIAN INFORMATION SOLUTIONS, INC.** in the above-styled action.

IN CONSIDERATION of the representations of counsel and for other good cause shown, it is, therefore,

ORDERED, ADJUDGED AND DECREED that the Complaint **only as to Defendant EXPERIAN INFORMATION SOLUTIONS, INC.** is DISMISSED without prejudice, with each party to bear its own costs.

The Clerk of the Court shall send copies of this Order to all counsel of record.

ENTERED THIS 1st DAY OF March, 2013.

Liam O'Grady
United States District Judge

WE ASK FOR THIS:

_/s/ Kelly_
Kristi Cahoon Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, Second Floor
Fairfax, Virginia 22030
(703) 251-5400 – Telephone
(703) 591-9285 – Facsimile
Email: kkelly@siplfirm.com
Email: aguzzo@siplfirm.com
*Counsel for Plaintiff*

Leonard A. Bennett, VSB #37523
Susan M. Rotkis, VSB #40693
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd. 1-A
Newport News, VA 23601
(757) 930-3660 – Telephone
(757) 930-3662 – Facsimile
Email: lenbennett@clalegal.com
Email: srotkis@clalegal.com
*Counsel for Plaintiff*

_/s/_
David N. Anthony, VSB #31696
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
(804) 697-5410 - Telephone
(804) 698-5118 – Facsimile
Email: david.anthony@troutmansanders.com
*Counsel for Experian Information Solutions, Inc.*