## DECLARATION OF WILLIAM BLAYNEY

I, William Blayney, declare as follows:

1.  I am employed by Discover Products, Inc., successor to DFS Services LLC and servicing subsidiary of Discover Bank (collectively, "Discover"), as a Manager in the Credit Risk Management & Assistance ("CRMA") Department. I have been employed by Discover Products, Inc. for approximately 7 years. Discover Products, Inc. is a wholly-owned, direct subsidiary and servicing affiliate of Discover Bank. I make this declaration based on my own personal knowledge, including review of the documents and information available to me as an employee of Discover. If called to testify I would competently testify to the matters stated therein.

2.  In January of 2004, Alejandro Lopez, Sr. opened a credit card account with Discover. On or about January 11, 2012, Discover sent a request to TransUnion requesting credit information regarding Alejandro Lopez, Sr.[1] Included in this request was the following identifying information:

Name: Alejandro Lopez

Address: ███████████, Arlington, VA████

Social Security No.: XXX-XX-6359

Account No.: XXXXXXXXXXXX8424

A true and correct copy of Discover's internal memoranda reflecting the information requested from TransUnion, highlighted in orange, is attached hereto as Exhibit A.

---

[1] Pursuant to the Cardmember Agreement between Discover and Alejandro Lopez, Sr., Discover has a permissible purpose to access the credit information of Alejandro Lopez, Sr.

Client Documents:4839-7869-4673v1\G5852-000040\1 1/7/2012

**EXHIBIT 1**

3.  In response to the request, Discover received credit information regarding Alejandro Lopez, Jr., instead of the correct party, Alejandro Lopez, Sr. A true and correct copy of Discover's internal memoranda reflecting the information received from TransUnion, highlighted in blue, is attached hereto as <u>Exhibit A</u>. The credit information received by TranUnion regarding Alejandro Lopez, Jr. was not requested by Discover.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of November, 2012.

*[signature]*

| ACCT | DFSI_LNAME | DFSI_FNAME | DFSI_MNAME | DFSI_SUFFIX | DFSI_SSN | DFSI_ADDR | DFSI_ADDR2 | DFSI_CITY | DFSI_STATE | DFSI_ZIP | ATTR_DATE | EXTRACT_DATE | MATCHTAG | TU_LNAME | TU_FNAME | TU_MNAME | TU_SUFFIX | TU_SSN | TU_HSENO | TU_STRDIRE | TU_STREET | TU_STRSFX | TU_APT | TU_CITY | TU_STATE | TU_ZIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8424 | LOPEZ | ALEJANDRO | | | 5359 | | | ARLINGTON | VA | | 20120216 | 20120111 | Y | LOPEZ | ALEJANDRO | ABRAHAM | JR | 5362 | | | | | | ARLINGTON | VA | |

EXHIBIT A