IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Alejandro Abraham Lopez, Jr., <br><br> Plaintiff, <br><br> v. <br><br> Trans Union, LLC, et al., <br><br> Defendants. | Civil Action No. 1:12cv902 |

## DECLARATION OF DAVID OWENS

COMES NOW, David Owens, pursuant to 28 U.S.C. § 1746 (2012), and states as follows:

1. I declare under penalty of perjury that the foregoing is true and correct. Executed on November 28, 2012.

2. I am over the age of 18 and competent to testify as a witness in this case.

3. I am the Settlement Operations Director for Federal Home Loan Mortgage Corporation ("Freddie Mac"). I have been employed by Freddie Mac since 1996.

4. Based on a review of records, on or about January 14, 2011, Freddie Mac ordered from Trans Union, LLC ("Trans Union") credit information for A. Lopez-Gonzales, SSN xxx-xx-6359 and for N. Lopez SSN xxx-xx-4714. Freddie Mac requested credit information by inputting the borrowers' social security numbers, names, and the primary borrower's address into the Borrower Credit Assessment Service system.

5. Based on a review of records, Freddie Mac did not provide to Trans Union the name or social security number of Alejandro Abraham Lopez, Jr., xxx-xx-6362, or request

EXHIBIT 2

Affidavit of David Owens

credit information for Alejandro Abraham Lopez, Jr., xxx-xx-6362, in its January 14, 2011 credit inquiry with Trans Union.

AND FURTHER THE DECLARANT SAYETH NOT.

___11/28/2012___  ___[signature]___
DATE                      DAVID OWENS