IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| ALEJANDRO ABRAHAM LOPEZ, JR. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRANS UNION, LLC *et al.*, )<br>)<br>Defendants. ) | Case No. 1:12-cv-902-LO-JFA |

## DECLARATION OF DALE WALKER

I, Dale Walker, do hereby declare:

1. I am over eighteen (18) years of age and am competent to be a witness. I state that the following is based on my personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. My title is Business Procedures Analyst for MetLife Home Loans, a division of MetLife Bank, N.A. ("MetLife Bank"). My business address is 1555 W. Walnut Hill Lane, Suite 200, Irving, Texas 75038.

3. In this position, I am familiar with MetLife Bank's business records and am duly authorized to testify as to their content and meaning.

4. I have carefully reviewed MetLife Bank's business records and investigated the facts alleged in the above-referenced lawsuit filed by the Plaintiff Alejandro Abraham Lopez, Jr.

5. The results of my investigation are as follows: On or about ____July 5, 2012____ _____an individual named Alejandro Lopez, Sr., ▮▮▮▮▮▮▮▮▮▮, Arlington, VA ▮▮▮▮; SSN: ▮▮▮▮6359; DOB: ▮▮/53, applied for credit with MetLife Bank.

6. On or about ____July 5, 2012____, MetLife Bank requested a

EXHIBIT 3

consumer report from Trans Union regarding Alejandro Lopez, Sr., and Trans Union provided a consumer report regarding Alejandro Lopez, Jr., ███████████, Woodbridge, Virginia ████; SSN: ████6362; DOB: ████/1983, to MetLife Bank. In making this request, MetLife Bank provided Trans Union with Alejandro Lopez, Sr.'s name, address, Social Security number, and date of birth. At that time, MetLife Bank made no such inquiry to Trans Union regarding the credit file of Alejandro Lopez, Jr.

7. The facts set forth in this Declaration are based on my personal knowledge and my review of the relevant business records and files relating to this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
(NAME)

Executed on this 10th of December, 2012, in Irving, Texas.