IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ALEJANDRO ABRAHAM LOPEZ, JR., <br><br> *Plaintiff,* <br><br> v. <br><br> TRANS UNION, LLC, et al., <br><br> *Defendants.* | Civil Action No. 1:12-cv-00902 (LOG/JFA) |

## DECLARATION OF LARRY A. PARROTT

I, Larry A. Parrott, declare as follows under penalty of perjury:

1. I am a Vice President with FIA Card Services, N.A. ("FIA"). I am familiar with the books and records of FIA, particularly as they pertain to credit inquiries and credit reporting.

2. I am over the age of 21 years and am competent to make this declaration. I make this declaration based on my personal knowledge and review of the relevant records of FIA.

3. FIA's records reflect that Alejandro Abraham Lopez, Sr., Social Security No. XXX-XX-6359, has credit card accounts with FIA, ending in –0924 and –2059.

4. FIA's records do not reflect that Alejandro Abraham Lopez, Jr., Social Security No. XXX-XX-6362 has any relationship with FIA.

5. FIA's records indicate that in or about January 2012, FIA made a credit inquiry concerning Alejandro Abraham Lopez, Sr. In doing so, FIA provided the full name and social security number of Alejandro Abraham Lopez, Sr., ending in 6359, to TransUnion.

6. FIA's records do not reflect any credit inquiries for Alejandro Abraham Lopez, Jr. in January 2012 or otherwise.

EXHIBIT 4

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of February, 2013.

*[signature]*

Larry A. Parrott
Vice President
FIA Card Services, N.A.