IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

ALEJANDRO ABRAHAM LOPEZ, JR.,  )
                                       )
                Plaintiff,  )
                                       )
v.                                        )      Civil Action No. 1:12-CV-902
                                       )
TRANS UNION, LLC, et al.          )
                                       )
                Defendants.  )

## DECLARATION OF RICHARD NAPOLITANO

I, Richard Napolitano, under penalty of perjury, declare as follows:

1.    I am over the age of 21 years and am competent to testify.

2.    I am employed as a Senior Legal Specialist by Capital One Services, LLC ("Capital One Services"). I have been employed by Capital One Services and its predecessors for more than 20 years. As a Senior Legal Specialist for Capital One Services, I provide services to various Capital One entities, including Capital One, N.A. (collectively, "Capital One").

3.    I make this declaration based on my personal knowledge and review of relevant records of Capital One.

4.    Capital One's records reflect that a Capital One account (ending in –1389) was opened on May 9, 2004 in the name of Alejandro Abraham Lopez, Sr., Social Security No. XXX-XX-6359.

5.    Capital One's records do not reflect any Capital One accounts ever being opened in the name of Alejandro Abraham Lopez, Jr., Social Security No. XXX-XX-6362, but that a single Chevy Chase Bank, F.S.B. ("Chevy Chase") bank account in the name of Alejandro



EXHIBIT 5

Abraham Lopez, Jr. was transferred from Chevy Chase to Capital One, N.A. in 2010 as a result of Capital One Financial Corporation's purchase of Chevy Chase. That account was closed in December 2010. Further, Capital One's records show a single ING checking account in the name of Alejandro Abraham Lopez, Jr. that has been open since August 2008.

6. Capital One's records do not reflect any credit inquiries conducted by Capital One in connection with Alejandro Abraham Lopez, Jr.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 7 day of November, 2012.

_____
RICHARD A NAPOLITANO
Senior Extended Operations Associate
Capital One Services, LLC