Affidavit of Shawn Ekblad

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| Alejandro Abraham Lopez, Jr., <br><br> Plaintiff, <br><br> v. <br><br> Trans Union, LLC, et al., <br><br> Defendants. | Civil Action No. 1:12cv902 |

## DECLARATION OF SHAWN EKBLAD

COMES NOW, Shawn Ekblad, pursuant to 28 U.S.C. § 1746 (2012), and states as follows:

1. I declare under penalty of perjury that the foregoing is true and correct. Executed on October 1, 2012.

2. I am over the age of 18 and competent to testify as a witness in this case.

3. I am the Compliance Officer for Kroll Factual Data, Inc. ("KFD"). I have been employed by KFD since June 1999.

4. On October 8, 2010, KFD's client, Gateway Funding ("Gateway"), placed an order with KFD for a residential merged credit report concerning two consumers identified as Alejandro Lopez and Norma Lopez. Gateway submitted to KFD the following information for the two consumers by entering the same directly into KFD's web-based user interface: their first and last names, their address, and the Social Security number xxx-xx-6369 for Mr. Lopez and the Social Security number xxx-xx-4714 for Mrs. Lopez.



1

Affidavit of Shawn Ekblad

5. Upon receipt of the October 8, 2010 order from Gateway, KFD ordered from Equifax, Experian and Trans Union certain credit history information relative to Mr. and Mrs. Lopez. KFD submitted to Equifax, Experian and Trans Union with its order exactly the same information provided to KFD by Gateway. This exchange of information is performed by a system operation, not manually. On October 8, 2010, Equifax, Experian and Trans Union returned information to KFD in response to KFD's order. KFD's system compiled the information into a single residential merged credit report.

6. Trans Union and Equifax provided to KFD, in response to KFD's October 8, 2010 order, certain credit history information relative to Alejandro Abraham Lopez, Jr. KFD did not request from nor provide to Trans Union or Equifax any information concerning Alejandro Abraham Lopez, Jr.

7. On November 4, 2010, Gateway ordered from KFD another residential merged credit report concerning the same two consumers identified in paragraph 4 above, but this time listed Mr. Lopez's name as Alejandro Lopez-Gonzales and his Social Security number as xxx-xx-6359.

8. The exchange of information between Gateway and KFD and then between KFD and Experian, Trans Union and Equifax, relative to the November 4, 2010 order, occurred in the same manner as described in paragraph 5 above.

9. Trans Union provided to KFD in response to KFD's November 4, 2010 order certain credit history information relative to Alejandro Abraham Lopez, Jr., but also returned the Social Security number xxx-xx-6359. KFD did not request from nor provide to Trans Union any information concerning Alejandro Abraham Lopez, Jr.

2

Affidavit of Shawn Ekblad

10. On November 17, 2010, Gateway, ordered from KFD a third residential merged credit report concerning the same two consumers identified in paragraph 4 above. Gateway listed Mr. Lopez's name as Alejandro Lopez-Gonzales and his Social Security number as xxx-xx-6359.

11. The exchange of information between Gateway and KFD and then between KFD and Experian, Trans Union and Equifax, relative to the November 17, 2010 order, occurred in the same manner as described in paragraph 5 above.

12. Trans Union provided to KFD in response to KFD's November 17, 2010 order certain credit history information for Alejandro Abraham Lopez, Jr. KFD did not request from nor provide to Trans Union any information concerning Alejandro Abraham Lopez, Jr.

AND FURTHER THE DECLARANT SAYETH NOT.

10/1/2012
DATE

_[signature]_
SHAWN EKBLAD

Firmwide:114795091.1 069938.1009

3