IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Alejandro Abraham Lopez, Jr. and Sr.

    Plaintiff,

v.

Trans Union, LLC, et al.,

    Defendants.

No. 1:12-cv-00902 (Lopez Junior)

No. 1:12-cv-01325 (Lopez Senior)

## DECLARATION OF ANGELA BARNARD

Angela Barnard, an adult of sound mind, declares and states as follows:

1. My name is Angela Barnard. I am the Director of Operations for CoreLogic Credco, LLC ("Credco").

2. CoreLogic is a defendant in two separate lawsuits filed by Alejandro Lopez, Junior (at Case No. 1:12-cv-00902) and Alejandro Lopez, Senior (at Case No. 1:12-cv-001325) in the United States District Court for the Eastern District of Virginia. I make this Declaration in an effort to provide the Plaintiffs in those actions, together with their counsel, with documents and information available to Credco.

3. Throughout this Declaration, I will distinguish the two Plaintiffs in the two lawsuits just identified, by referring to them as "Junior" and "Senior." I have been informed, and information available to me confirms, that Junior was born in 1983, has a social security number ending in 6362, and presently resides at ▮▮▮▮▮▮▮▮ Woodbridge, Virginia. I have also been informed, and information available to me also confirms, that Senior was born in 1953, has a social security number ending in 6359, and presently resides at ▮▮▮▮▮▮▮▮ Alexandria, Virginia.

Barnard Declaration – Page 1 of 4

EXHIBIT 7

4. Credco obtains consumer reports from the credit bureaus (Experian, Equifax, and Trans Union) and resells them to potential creditors that are Credco clients. Credco resold a number of consumer reports about Junior and Senior that will be discussed at length below. Credco followed an established internal procedure when it resold each of these reports. That procedure can be described as follows.

5. Before accepting a creditor as a client, Credco obtains the creditor's signed confirmation that whenever the creditor asks Credco to furnish a consumer report about an individual, the creditor will have a permissible purpose under the Fair Credit Reporting Act for obtaining that consumer report about that individual.

6. When a creditor asks Credco to furnish a consumer report about an individual, the creditor supplies Credco with that individual's personal identifiers: *e.g.*, his or her name, address, social security number, date of birth, etc. Creditors that request reports about multiple individuals (*e.g.*, joint applicants for a mortgage) will supply Credco with the personal identifiers of both individuals. The creditor will also indicate which credit bureaus' reports the creditor would like to receive (*e.g.*, Credco can supply reports from Experian, Equifax, or Trans Union individually, or some combination of the three). The reports described here were, unless specifically noted otherwise, "tri-merge" reports, that is, reports which combined the information that would have been found on separate reports from Experian, Equifax, and Trans Union, in a single report and in a format accessible to the creditor client.

7. When Credco receives a creditor's request for a tri-merged consumer report, Credco's computer system automatically forwards the personal identifiers that were supplied by the creditor to the three credit bureaus; receives consumer reports from those bureaus in electronic form; combines the information in those three reports into one report; and supplies

that reports to the creditor. The entire process is automated and requires no direct human involvement.

8. On February 15, 2010, Credco's client Wells Fargo asked Credco to furnish a tri-merged consumer report concerning Junior and a Ms. Marcela Diaz, and Credco complied with that request through the process described above. A true and correct copy of the tri-merge report that Credco created for Wells Fargo on February 15, 2010 is attached hereto.

9. On March 1, 2010, Credco's client Wells Fargo asked Credco to furnish a tri-merged consumer report concerning Junior and a Ms. Marcela Diaz, and Credco complied with that request through the process described above. A true and correct copy of the tri-merge report that Credco created for Wells Fargo on March 1, 2010 is attached hereto.

10. On August 30, 2010, Credco's client Southstar Mortgage asked Credco to furnish a tri-merged consumer report concerning Senior, and Credco complied with that request through the process described above. A true and correct copy of the tri-merge report that Credco created for Southstar on August 30, 2010 is attached hereto.

11. On September 28, 2010, Credco's client Southstar Mortgage asked Credco to furnish a tri-merged consumer report concerning Senior, and Credco complied with that request through the process described above. A true and correct copy of the tri-merge report that Credco created for Southstar on September 28, 2010 is attached hereto.

12. On January 19, 2012, Credco's client Roundpoint Mortgage asked Credco to furnish a tri-merged consumer report concerning Junior and a Ms. Marcela Diaz, and Credco complied with that request through the process described above. A true and correct copy of the tri-merge report that Credco created for Roundstar on January 19, 2012 is attached hereto.

13. On January 23, 2012, Credco's client Roundpoint Mortgage asked Credco to furnish a tri-merged consumer report concerning Junior and a Ms. Marcela Diaz, and Credco complied with that request through the process described above. A true and correct copy of the tri-merge report that Credco created for Roundstar on January 23, 2012 is attached hereto.

14. Credco contends that it had a permissible purpose under law to furnish Roundpoint, Wells Fargo, and Southstar with the consumer reports as described above.

15. Credco made no representation to Roundpoint, Wells Fargo, and/or Southstar that the information contained in the tri-merged consumer reports which Credco provided to them as described above was accurate.

16. In creating each of the reports attached hereto, Credco supplied each of the three credit bureaus with correct information about the subject of the report (Junior or Senior) exactly as Credco received that data from Credco's client; Credco asked the credit bureaus to provide Credco with data pertaining to that subject only; and Credco's report accurately provided the data that Credco had received from each bureau about that subject. If Credco's tri-merge reports attached hereto contain data that did not pertain to the subject of the report (*e.g.*, to the extent that the reports about Junior contained data about Senior, or vice versa), it is because one or more of the credit bureaus supplied such data in error.

## FURTHER DECLARANT SAYETH NOT.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 (2012), that the foregoing is true and correct.

2/8/2013
DATE

_____
ANGELA BARNARD

Barnard Declaration – Page 4 of 4

# ATTACHMENTS TO DECLARATION OF ANGELA BARNARD

## TRI-MERGE CONSUMER REPORTS REDACTED IN THEIR ENTIRETY