

700 North Fairfax Street, Suite 610
Old Town Alexandria, VA 22314
Phone: 703-548-5505 Facsimile: 703-637-4473

September 14, 2012

Kristi C. Kelly, ESQ.
Surovell, Isaacs, Petersen & Levy, PLC
4010 University Drive
Second Floor
Fairfax, VA 22030

Re: Alejandro Abraham Lopez, Jr.

To Whom It May Concern:

This letter is to let you know that we have never done business with Mr. Alejandro Abraham Lopez, Jr. and we did not pull his credit.

Please let me know if you have any questions.

Sincerely,

Carlos Banegas

EXHIBIT 8