IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ALEJANDRO ABRAHAM LOPEZ, JR., <br><br> *Plaintiff*, <br><br> v. <br><br> TRANS UNION, LLC, et al., <br><br> *Defendants*. | Civil Action No. 1:12-cv-00902 (LOG/JFA) |

### DECLARATION OF JANET A. BINONGCAL

I, Janet A. Binongcal, declare as follows under penalty of perjury:

1.  I am an Assistant Vice President with LandSafe Closing Services ("LandSafe"). I am familiar with the books and records of LandSafe as they pertain to the credit inquiries at issue in the above-styled matter.

2.  I am over the age of 21 years and am competent to make this declaration. I make this declaration based on my personal knowledge and review of the relevant records of LandSafe.

3.  LandSafe's records reflect that two credit inquiries were made concerning Alejandro Abraham Lopez, Sr., Social Security No. XXX-XX-6359, in April 2010. In doing so, LandSafe provided the full name and social security number ending in 6359 to the credit bureaus.

4.  LandSafe's records do not reflect any credit inquiries for Alejandro Abraham Lopez, Jr. in April 2010 or otherwise.



EXHIBIT 10

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11 day of February, 2013.

Janet A. Binongcal
Assistant Vice President
LandSafe Closing Services