IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ALEJANDRO ABRAHAM LOPEZ, JR.,   )
                                )
            Plaintiff,          )
                                )
v.                              )   Civil Action No. 3:12cv902
                                )
TRANS UNION, LLC, et al.,       )
                                )
            Defendants.         )

## DECLARATION OF MARIA S. REEVES

Pursuant to 28 U.S.C. § 1746, I, Maria S. Reeves, declare the following:

1. I have personal knowledge of the facts herein.

2. I am a Operations Analyst with Credit Bureau Dispute Resolutions, Wells Fargo Bank, N.A.

3. Our system of record shows Alejandro Lopez is a Wells Fargo borrower with the following personal information:

   a. Address: ███████████, Woodbridge, Virginia;

   b. Social security number: xxxx-xxx-6362; and

   c. Year born: 1983.

4. Our system of record shows a closed credit card account ██████████1027 belonging to Alejandro Lopez with the Social Security number ending in 6362.

5. Based on credit reporting available to Wells Fargo Bank, Transunion is reporting the above referenced credit card account under the social security number belonging to

EXHIBIT 12

Alejandro Lopez with the last four digits ending in 6362 in addition to Alejandro Lopez with the last four digits ending in 6359.

EXECUTED this 15th day of February 2013.

_____
Maria S. Reeves

Alejandro Lopez with the last four digits ending in 6362 in addition to Alejandro Lopez with the last four digits ending in 6359.

EXECUTED this 15th day of February 2013.

_____
Maria S. Reeves

12203216