IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DIVISION

DISTRICT OF PENNSYLVANIA

MARLOS D. UZZELL,                )
                                 )
             Plaintiff,          )
                                 )
        -VS-                     ) NO. 08 2538
                                 )
EXPERIAN INFORMATION SOLUTIONS)
INC., et al.,                    )
                                 )
             Defendant.          )


The videotaped deposition of LYNN ROMANOWSKI taken in the above-entitled cause before Jennifer A. Lang, C.S.R. and Notary Public within and for the County of Lake and State of Illinois, at 205 North Michigan Avenue, in the City of Chicago, Illinois on Monday, July 10, 2009, at the hour of 11:52 a.m. pursuant to notice.

— — —

SUMMIT COURT REPORTING, INC.
Certified Court Reporters and Videographers
1500 Walnut Street, Suite 1610
Philadelphia, Pennsylvania 19102
424 Fleming Pike, Hammonton, New Jersey 08037
(215) 985-2400 * (800) 447-8648 * (609) 567-3315
www.summitreporting.com

EXHIBIT 14

Case 1:12-cv-00902-LO-JFA Document 101-14 Filed 03/08/13 Page 2 of 7 PageID# 716
Case 2:09-cv-01332-ER Document 41-6 Filed 05/26/10 Page 3 of 46

Page 10

LYNN ROMANOWSKI - FINAL

1   appropriate.
2   BY MR. SOUMILAS:
3       Q.  You have given depositions under oath on
4   behalf of the company, however, in mixed file
5   lawsuits, correct?
6       A.  Yes.
7       Q.  In other words, you know that the company
8   has been sued by consumers saying that inaccurate
9   information is being reported about them due to
10  mixed files and then you've given testimony in
11  some of those cases?
12      A.  Yes.
13      Q.  And you've even testified at trial in
14  those type of cases, correct?
15      A.  Yes.
16      Q.  In the time you've been with the
17  company, you've testified in at least two trials,
18  mixed file case trials?
19      A.  I believe they were.  I can't remember
20  specifically what they're -- what they were about,
21  but I believe they were.
22      Q.  How many trials have you testified in on
23  behalf of TransUnion?
24      A.  I think maybe three.  I'm not sure

Case 1:12-cv-00902-LO-JFA Document 101-14 Filed 03/08/13 Page 3 of 7 PageID# 717
Case 2:09-cv-01332-ER Document 41-6 Filed 05/26/10 Page 4 of 46

Page 11

LYNN ROMANOWSKI - FINAL

| | |
|---|---|
| 1 | exactly, though. |
| 2 | Q. Was Coleman one of them, in Mississippi? |
| 3 | A. Coleman was one of them, yes. |
| 4 | Q. Was that a mixed file? |
| 5 | A. Yes, I believe that one was. |
| 6 | Q. How about Thomas, the Thomas versus |
| 7 | TransUnion case out in Oregon, did you testify in that? |
| 8 | A. Yes, I did. |
| 9 | Q. And was that a mixed file? |
| 10 | A. Yes, I believe it was. |
| 11 | Q. And what was the third one? |
| 12 | A. Ahern. |
| 13 | Q. Okay. And where was that? |
| 14 | A. Connecticut. |
| 15 | Q. Was that a mixed file? |
| 16 | A. I don't remember what Ahern was about, |
| 17 | though. |
| 18 | Q. Okay. Is it accurate to say that as long |
| 19 | as you've been with the company, TransUnion has |
| 20 | known about mixed files? |
| 21 | MR. LUCKMAN: Object to the form. |
| 22 | THE WITNESS: Yes. |
| 23 | BY MR. SOUMILAS: |
| 24 | Q. In other words, the company knows that |

Case 1:12-cv-00902-LO-JFA Document 101-14 Filed 03/08/13 Page 4 of 7 PageID# 718
Case 2:09-cv-01332-ER Document 41-6 Filed 05/26/10 Page 5 of 46

Page 12

LYNN ROMANOWSKI - FINAL

1  mixed files occur?
2      A.  Yes.
3      Q.  Are you aware that around the time you
4  started with the company, there was litigation
5  brought by the Attorneys General of many states
6  against TransUnion under the Fair Credit Reporting
7  Act and part of that litigation involved issues
8  about mixed files?
9      MR. LUCKMAN:  I'm going to object to any questions
10  about that Attorney General's order or using that order
11  today, given the expressed terms to say that it
12  can't be used in litigation against TransUnion for
13  any purpose.  I'm not going to instruct her not to
14  answer, but I am going to make a record of my
15  objection to you putting any of that into the record
16  of this case.
17      MR. SOUMILAS:  Well, I'll just make a
18  note that I disagree with you, number one.  And
19  number two, I did not even ask a question about a
20  consent order.
21  BY MR. SOUMILAS:
22      Q.  I just asked whether you're familiar
23  that there was litigation brought against TransUnion
24  by the Attorneys General of many states under the

Case 1:12-cv-00902-LO-JFA Document 101-14 Filed 03/08/13 Page 5 of 7 PageID# 719
Case 2:09-cv-01332-ER Document 41-6 Filed 05/26/10 Page 6 of 46

Page 13

LYNN ROMANOWSKI - FINAL

```
 1   Fair Credit Reporting Act, and that that litigation
 2   involved some complaints about mixed files?
 3            MR. LUCKMAN:  Same objection.  And it will
 4   be continuing so I don't have to interrupt.
 5            THE WITNESS:  No, I didn't -- no, I knew
 6   that there was some consent decree, but I never knew
 7   any of the basis behind it or anything what led up
 8   to that.
 9   BY MR. SOUMILAS:
10       Q.   When you said that there was a consent
11   decree, what is your understanding of that?
12       A.   I have just heard references to it.  I've
13   never read it.  I've never seen it.  I don't
14   know about it enough to speak about it.
15       Q.   Okay. Do you know that, obviously, occasionally
16   the company gets sued by consumers alleging that
17   there's a mixed file problem, because you've
18   testified in some of those cases, correct?
19       A.   Yes.
20       Q.   Are you aware that consumers bring
21   complaints without being formal lawsuits directly to
22   TransUnion about mixed files?
23       A.   Yes.
24       Q.   Are you aware that the company has certain
```

Case 1:12-cv-00902-LO-JFA Document 101-14 Filed 03/08/13 Page 6 of 7 PageID# 720
Case 2:09-cv-01332-ER Document 41-6 Filed 05/26/10 Page 12 of 46

Page 42

LYNN ROMANOWSKI - FINAL

1  A.  None that I can think of.
2  Q.  Are you familiar with the circumstances
3  and the rules that are -- that relate to the online
4  combine process?
5  A.  Yes.
6  Q.  Okay. In other words, you know what type of
7  data TransUnion would require from the bank before it
8  could buy your credit report, correct?
9       MR. LUCKMAN: Object to the form.
10      THE WITNESS: Yes.
11 BY MR. SOUMILAS:
12  Q.  And we're using you just as an example.
13 It could be -- this could apply for any consumer, okay?
14         What is the minimum indicative
15 information that TransUnion will require from the
16 user of the credit report, such as a bank, before it
17 sells a credit report to that entity?
18  A.  Generally it's the consumer's first name,
19 last name and current address.
20  Q.  Okay. The Social Security number is not
21 required before a sale is conducted, correct?
22  A.  That is correct.
23  Q.  The date of birth is also not required,
24 correct?

Case 1:12-cv-00902-LO-JFA Document 101-14 Filed 03/08/13 Page 7 of 7 PageID# 721
Case 2:09-cv-01332-ER Document 41-6 Filed 05/26/10 Page 13 of 46

Page 43

LYNN ROMANOWSKI - FINAL

1    A.    Correct.

2    Q.    The name, first name could be a nickname,
3    correct?

4    A.    Yes.

5    Q.    It could be just an initial, correct?

6    A.    Yes.

7    Q.    The first or last name does not need to
8    match letter for letter, correct?

9    A.    Correct.

10    MR. LUCKMAN: Object to the form.

11    John, since you're taking a short
12    pause, to the extent you get into the subject
13    selection or asking about some of the more details
14    of the subject selection process, I'm going to
15    designate the portion of the transcript and
16    obviously the documents confidential, and whatever
17    the strictest standard is under our order when you
18    get there.

19    MR. SOUMILAS: Well, if you make it clear
20    if you think I am getting there, for right now I
21    haven't used any document that you've marked
22    confidential --

23    MR. LUCKMAN: I'll let you know.

24    MR. SOUMILAS: -- and I'll see how