IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ALEJANDRO ABRAHAM LOPEZ, JR.

    Plaintiff,

    v.                                              Civil Action No. 1:12-cv-902 (LO / JFA)

TRANS UNION, LLC, et al.,

    Defendants.

**CONSENT MOTION TO DISMISS DEFENDANT CORELOGIC CREDCO LLC**

    Plaintiff Alejandro Abraham Lopez, Jr. ("Plaintiff") and Defendant CoreLogic Credco ("Credco") pursuant to Fed. R. Civ. P. 41(a) hereby jointly move the Court to dismiss Defendant Credco from this action with prejudice. Plaintiff and Credco have settled their differences in this matter and ask that the proposed Order of Dismissal (attached as Exhibit 1) be entered in this matter.

                                                    By:        /s/
                                                          Daniel D. Mauler (VSB # 73190)
                                                          Email: dmauler@rpb-law.com
                                                          REDMON, PEYTON & BRASWELL, LLP
                                                          510 King Street, Suite 301
                                                          Alexandria, V.A.  22314
                                                          (703) 684-2000
                                                          (703)684-5109 (fax)
                                                          *Counsel for Defendant CoreLogic Credco*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed and is available for viewing and downloading from the ECF system, and electronic notice was sent to all counsel of record in this case on this 18th day of March, 2013.

                /s/
Daniel D. Mauler (VSB # 73190)
Email: dmauler@rpb-law.com
REDMON, PEYTON & BRASWELL, LLP
510 King Street, Suite 301
Alexandria, V.A.  22314
(703) 684-2000
(703)684-5109 (fax)
*Counsel for Defendant CoreLogic Credco*