IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ALEJANDRO ABRAHAM LOPEZ, JR.

    Plaintiff,

    v.                                            Civil Action No. 1:12-cv-902 (LO / JFA)

TRANS UNION, LLC, et al.,

    Defendants.

**CORRECTED AND AMENDED**
**CONSENT MOTION TO DISMISS DEFENDANT CORELOGIC CREDCO LLC**

Plaintiff Alejandro Abraham Lopez, Jr. ("Plaintiff") and Defendant CoreLogic Credco ("Credco") have agreed to dismiss the Plaintiff's Complaint against Credco <u>without</u> prejudice as is reflected in attached proposed Order of Dismissal.

Unfortunately, the Consent Motion to Dismiss Defendant CoreLogic Credco LLC filed on March 18, 2013 (ECF No. 105) contains a typographic error that incorrectly states that the dismissal is with prejudice. The proposed Order of Dismissal that was attached to ECF No. __, however, correctly states that the dismissal is <u>without</u> prejudice and is identical to the proposed Order of Dismissal attached to this filing.

Despite the typographic error in ECF No. 105, Plaintiff and Credco have settled their differences in this matter and ask that the proposed Order of Dismissal (attached as Exhibit 1) be entered in this matter which will dismiss Credco <u>without</u> prejudice.

By:         /s/        
Daniel D. Mauler (VSB # 73190)
Email: dmauler@rpb-law.com
REDMON, PEYTON & BRASWELL, LLP
510 King Street, Suite 301
Alexandria, V.A.  22314
(703) 684-2000
(703)684-5109 (fax)
*Counsel for Defendant CoreLogic Credco*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed and is available for viewing and downloading from the ECF system, and electronic notice was sent to all counsel of record in this case on this 19th day of March, 2013.

/s/
Daniel D. Mauler (VSB # 73190)
Email: dmauler@rpb-law.com
REDMON, PEYTON & BRASWELL, LLP
510 King Street, Suite 301
Alexandria, V.A.  22314
(703) 684-2000
(703)684-5109 (fax)
*Counsel for Defendant CoreLogic Credco*