IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ALEJANDRO ABRAHAM LOPEZ, JR.,
*Individually and on behalf of all*
*similarly situated individuals,*

                Plaintiff,

      v.                              Civil Action No. 1:12-cv-902 (LO/JFA)

TRANS UNION, LLC,

                Defendant.

---

ALEJANDRO LOPEZ, SR.,
*Individually and on behalf of all*
*similarly situated individuals,*

                Plaintiff,

      v.

                                      Civil Action No. 1:12-cv-1325 (LO/JFA)

TRANS UNION, LLC,

                Defendant.

## **AMENDED NOTICE OF HEARING DATE**

      Please take notice that on June 21, 2013 at 10:00 a.m., Trans Union will bring on for hearing at the United States District Court for the Eastern District of Virginia, Alexandria Division, Albert V. Bryan U.S. Courthouse, 401 Courthouse Square, Alexandria, Virginia, 22314, its Motion for Judgment on the Pleadings as to Counts One and Two of Plaintiff's Consolidated Amended Class Complaint.  You are invited to attend and participate.

Respectfully submitted,

/s/_____
Michael R. Ward
Virginia bar number 41133
Attorney for Trans Union LLC
Morris & Morris, P.C.
P.O. Box 30
Richmond, VA 23218
Telephone: (804) 344-8300
Facsimile: (804) 344-8359
mward@morrismorris.com

Paul L. Myers, ***Pro Hac Vice***
Texas Bar Number 14765100
Attorney for Trans Union LLC
Strasburger & Price LLP
2801 Network Blvd., Suite 600
Frisco, TX 75082
Telephone: (469) 287-3903
Facsimile: (469) 227-6567
paul.myers@strasburger.com

Stephen J. Newman, ***Pro Hac Vice***
Attorney for Trans Union LLC
Stroock & Stroock & Lavan LLP
2029 Century Park East, Suite 1600
Los Angeles, CA 90067-3068
Telephone: (310) 556-5800
Facsimile: (310) 556-5959
snewman@stroock.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded on the 14 day of May, 2013, to all counsel of record by electronic mail and US Mail as follows:

| | |
|---|---|
| Leonard Anthony Bennett | Kristi Cahoon Kelly |
| lenbennett@cox.net | kkelly@siplfirm.com |
| Susan M. Rotkis | Andrew J. Guzzo |
| srotkis@clalegal.com | aguzzo@siplfirm.com |
| Consumer Litigation Assoc PC | Surovell, Isaacs, Petersen & Levy, PLC |
| 763 J Clyde Morris Blvd, Ste 1A | 4010 University Dr., Ste 200 |
| Newport News, VA 23601 | Fairfax, VA  22030 |

Matthew J. Erausquin
matt@clalegal.com
Janelle Elene Mason
janelle@clalegal.com
Casey Shannon Nash
casey@clalegal.com
Consumer Litigation Assoc PC
1800 Diagonal Road, Ste 600
Alexandria, VA 22314

  I further certify that I will cause a copy of the foregoing Motion and corresponding NEF by electronic mail on the following non-filing user: None.

                /s/_____
                Michael R. Ward
                Virginia bar number 41133
                Attorney for Trans Union LLC
                Morris & Morris, P.C.
                P.O. Box 30
                Richmond, VA 23218
                Telephone: (804) 344-8300
                Facsimile: (804) 344-8359
                mward@morrismorris.com