IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| ALEJANDRO ABRAHAM LOPEZ, JR., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:12cv0902 (LO/JFA) (Consolidated with 1:12cv1325) |
| TRANS UNION, LLC, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

On Friday, May 17, 2013, counsel for the parties appeared before the court for a status conference. Upon consideration of the parties' representation that they intend to pursue settlement in this matter, it is hereby ORDERED that all litigation related deadlines, hearings, and activities in this matter are terminated until July 26, 2013, including the hearing on the motion for judgment on the pleadings scheduled for June 21, 2013, and all discovery deadlines. If a stipulated order of dismissal order has not been filed with the court by July 25, 2013, counsel shall appear for a status conference before the undersigned on July 26, 2013, at 10:00 a.m. The motion for extension of time (Docket no. 125) is hereby denied as moot and the motion for a protective order (Docket no. 127) is denied without prejudice and may be refiled following the status conference on July 26, 2013.

Entered this 20th day of May, 2013.

_____/s/_____
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia