FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ALEJANDRO ABRAHAM LOPEZ, JR.,
*Individually and on behalf of all*
*similarly situated individuals,*

                Plaintiff,

           v.                              Civil Action No. 1:12-cv-902 (LO/JFA)

TRANS UNION, LLC,

                Defendant.

---

ALEJANDRO LOPEZ, SR.,
*Individually and on behalf of all*
*similarly situated individuals,*

                Plaintiff,

           v.

                                          Civil Action No. 1:12-cv-1325 (LO/JFA)

TRANS UNION, LLC,

                Defendant.

## **CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY**

Trans Union, LLC, by counsel, pursuant to Local Rule 37(F), moves for an order extending the deadlines for it to respond to certain written discovery.

1.      This class action case is currently pending in this Court, and the parties have been engaged in settlement discussions. On May 20, 2013, an Order was entered terminating all discovery deadlines. At the time the Order was entered, Plaintiffs' Second Interrogatories to Trans Union and Fourth Requests for Production to Trans Union were outstanding. These were

served by email on May 10, 2013.  Ordinarily, the deadline for Trans Union's objections to this written discovery would be May 28, 2013, and its answers would be due June 9, 2013.

2. In consideration of this pending discovery and the May 20 Order, Trans Union moves to extend the deadline for its objections until Tuesday, June 4, 2013, and for its deadline for answers and responses to this written discovery be postponed pending further agreement of the parties on resolving this and other outstanding discovery deadlines should the case not settle.

3. No party will be prejudiced by the extension.  The objections will still be completed, and the parties have agreed to negotiate the deadlines for answering discovery pending mediation.

4. The parties do not request oral argument on this Motion.

5. Trans Union has contacted Plaintiff and Plaintiff consents to the relief sought in this Motion.

6. The proposed order is attached as Exhibit A to this Motion.  Separately, pursuant to the ECF Policies and Procedures, Trans Union has endorsed the order and circulated it to counsel for Plaintiff, who will endorse the order and submit the fully endorsed order to the Clerk of Court.

FOR ALL THE FOREGOING REASONS, Trans Union respectfully requests that this Court grant its Motion.

/s/ Michael R. Ward
Michael R. Ward
Virginia bar number 41133
Attorney for Trans Union LLC
Morris & Morris, P.C.
P.O. Box 30
Richmond, VA 23218
Telephone: (804) 344-8300
Facsimile: (804) 344-8359
mward@morrismorris.com

Paul L. Myers, ***Pro Hac Vice***
Texas Bar Number 14765100
Attorney for Trans Union LLC
Strasburger & Price LLP
2801 Network Blvd., Suite 600
Frisco, TX 75082
Telephone: (469) 287-3903
Facsimile:  (469) 227-6567
paul.myers@strasburger.com

Stephen J. Newman, ***Pro Hac Vice***
Attorney for Trans Union LLC
Stroock & Stroock & Lavan LLP
2029 Century Park East, Suite 1600
Los Angeles, CA  90067-3068
Telephone: (310) 556-5800
Facsimile:  (310) 556-5959
snewman@stroock.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded on the 28 day of May, 2013, to all counsel of record by electronic mail and U.S. Mail as follows:

Leonard Anthony Bennett
lenbennett@cox.net
Susan M. Rotkis
srotkis@clalegal.com
Consumer Litigation Assoc PC
763 J Clyde Morris Blvd, Ste 1A
Newport News, VA 23601

Kristi Cahoon Kelly
kkelly@siplfirm.com
Andrew J. Guzzo
aguzzo@siplfirm.com
Surovell, Isaacs, Petersen & Levy, PLC
4010 University Dr., Ste 200
Fairfax, VA  22030

Matthew J. Erausquin
matt@clalegal.com
Janelle Elene Mason
janelle@clalegal.com
Casey Shannon Nash
casey@clalegal.com
Consumer Litigation Assoc PC
1800 Diagonal Road, Ste 600
Alexandria, VA 22314

I further certify that I will cause a copy of the foregoing Motion and corresponding NEF by electronic mail on the following non-filing user:  None.

/s/ Michael R. Ward
Virginia bar number 41133
Attorney for Trans Union LLC
Morris & Morris, P.C.
P.O. Box 30
Richmond, VA 23218
Telephone: (804) 344-8300
Facsimile: (804) 344-8359
mward@morrismorris.com