# EXHIBIT A

FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ALEJANDRO ABRAHAM LOPEZ, JR.,
*Individually and on behalf of all*
*similarly situated individuals,*

                Plaintiff,

                v.                Civil Action No. 1:12-cv-902 (LO/JFA)

TRANS UNION, LLC,

                Defendant.

---

ALEJANDRO LOPEZ, SR.,
*Individually and on behalf of all*
*similarly situated individuals,*

                Plaintiff,

                v.

                                          Civil Action No. 1:12-cv-1325 (LO/JFA)

TRANS UNION, LLC,

                Defendant.

## ORDER REGARDING CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY

Trans Union filed a Consent Motion for Extension of Time to Respond to Discovery pursuant to Local Rule 37(F). Plaintiffs consented to the relief sought in the Motion. It being appropriate to do so, and in consideration of the Motion, IT IS HEREBY ORDERED THAT the Motion is GRANTED.

The deadline for Trans Union to serve is objections to Plaintiffs' Second Interrogatories to Trans Union and Fourth Requests for Production to Trans Union is Tuesday, June 4, 2013.

The deadline for Trans Union to answer and respond to this written discovery is stayed pending further agreement of the parties and order of the court.

_____
              JUDGE

We ask for this:                                                Consented to:

_____         _____
Michael R. Ward                                                 Kristi Cahoon Kelly
Virginia bar number 41133                                       kkelly@siplfirm.com
Attorney for Trans Union LLC                                    Andrew J. Guzzo
Morris & Morris, P.C.                                           aguzzo@siplfirm.com
P.O. Box 30                                                     Surovell, Isaacs, Petersen & Levy, PLC
Richmond, VA 23218                                              4010 University Dr., Ste 200
Telephone: (804) 344-8300                                       Fairfax, VA  22030
Facsimile: (804) 344-8359
mward@morrismorris.com                                          Leonard Anthony Bennett
                                                                lenbennett@cox.net
Paul L. Myers, *Pro Hac Vice*                                   Susan M. Rotkis
Texas Bar Number 14765100                                       srotkis@clalegal.com
Attorney for Trans Union LLC                                    Consumer Litigation Assoc PC
Strasburger & Price LLP                                         763 J Clyde Morris Blvd, Ste 1A
2801 Network Blvd., Suite 600                                   Newport News, VA 23601
Frisco, TX 75082
Telephone: (469) 287-3903                                       Matthew J. Erausquin
Facsimile:  (469) 227-6567                                      matt@clalegal.com
paul.myers@strasburger.com                                      Janelle Elene Mason
                                                                janelle@clalegal.com
Stephen J. Newman, *Pro Hac Vice*                               Casey Shannon Nash
Attorney for Trans Union LLC                                    casey@clalegal.com
Stroock & Stroock & Lavan LLP                                   Consumer Litigation Assoc PC
2029 Century Park East, Suite 1600                              1800 Diagonal Road, Ste 600
Los Angeles, CA  90067-3068                                     Alexandria, VA 22314
Telephone: (310) 556-5800
Facsimile:  (310) 556-5959
snewman@stroock.com