IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ALEJANDRO ABRAHAM LOPEZ, JR., *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TRANS UNION, LLC, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:12cv0902 (LO/JFA)<br>(Consolidated with 1:12cv1325) |

## ORDER

Upon consideration of counsel for the parties' representation that the mediation was successful and that a stipulated order of dismissal will be filed within two weeks, it is hereby

ORDERED that the status conference currently scheduled for Friday, July 26, 2013 at 10:00 a.m. is cancelled. It is further

ORDERED that counsel shall appear for a status conference before the undersigned on **Friday, August 9, 2013 at 10:00 a.m.** in the event that a stipulated order of dismissal has not been filed with the court by that date.

Entered this 19th day of July, 2013.

                                         /s/
                                   John F. Anderson
                                   United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia